**COMMONWEALTH of Pennsylvania, Appellant**

v.

**Robert ZUKOWSKI, Sr., Appellee.**

Supreme Court of Pennsylvania.

Dec. 17, 2008.

Hugh J. Burns, Jr., Esq., Philadelphia District Attorney's Office, for Commonwealth of Pennsylvania.

---

**14.** It appears from our review of the original record that the criminal information filed in Delaware County also included a charge against Borzelleca for violation of 18 Pa. C.S.A. § 7512 (use of a communication facility, here, a telephone, to commit a crime—delivery of a controlled substance). This charge was not mentioned or asserted by any party, was not referred to in the reproduced record, and was not discussed by the lower tribunals. Therefore, while it would appear based upon the facts stated above that this offense occurred in Montgomery County, and thus would be barred by the compulsory joinder statute, we find that the Commonwealth, as Appellant herein, has waived any assertions regarding this charge.

Karl Baker, Esq., Defender Association of Philadelphia, for Robert Zukowski, Sr.

BEFORE: CASTILLE, C.J., and SAYLOR, EAKIN, BAER, TODD, McCAFFERY and GREENSPAN, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 17th day of December, 2008, the Order of the Court of Common Pleas of Philadelphia County is **RE-VERSED** pursuant to *Commonwealth v. Lee,* 594 Pa. 266, 935 A.2d 865 (2007), and the matter is remanded for proceedings consistent with that opinion.